Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

ANDREW QUINN
)
)
)
)
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

DEPARTMENT OF JUSTICE Civil Right-Div
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes  [ ] No

RECEIVED 21 APR 13 PM12:13 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name             ANDREW QUINN
   Street Address   2326 Euclid Ave
   City and County  DES MOINES
   State and Zip Code  IA 50310
   Telephone Number  NONE
   E-mail Address    NONE

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: DEPARTMENT OF JUSTICE CIVIL RIGHT-DIV
- Job or Title (if known):
- Street Address: 110 E COURT AVE
- City and County: DES MOINES   POLK COUNTY
- State and Zip Code: IOWA 50309
- Telephone Number: 515-473-9300
- E-mail Address (if known):

Defendant No. 2
- Name: JUSTICE DEPARTMENT OFFICE OF CIVIL RIGHT
- Job or Title (if known):
- Street Address: 1305 E WALNUT S
- City and County: DES MOINES   POLK COUNTY
- State and Zip Code: IOWA 50319
- Telephone Number: 800-972-2017
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

4-13-2021

C. IF THE DEFENDANT IS A CORPORATION

THE DENFENDANT NAME  Justice Department Office of Civil Right   IS INCORPORATED UNDER THE LAW OF THE State OF NAME  Iowa   AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN THE OF NAME  Iowa   OR IS INCORPORATED UNDER THE LAW OF  Foreign Nation   AND HAS ITS PRINCIPAL PLACE OF BUSINESS IN NAME

C. IF THE DEPARTM

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, (name) DEPARTMENT OF JUSTICE Civil Right-Div, is incorporated under the laws of the State of (name) IOWA, and has its principal place of business in the State of (name) Iowa.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: BECAUSE I HAVE FILE COMPLAINT ON 3-31-2021 I TURN IN MY COMPLAINT AT THE CLERK OFFICE AND THE THAT I TALK TO WAS NOT A COURT CLERK SHE WORK FOR THE DEPARTMENT OF JUSTICE RULE 11, THERE WAS PAGE 6 OF 6 SHE GOT SOMETHING OFF THE COMPUTER A COPY AND TOLD ME TO SIGN IT SHE DID NOT SHOW ME THE OTHER 5 PAGE SHE LIES CASE 4-21-CV-102 SHES CAN DO THAT 60,000,000 MILLION DOLLARS

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE WOMAN I TALK TO AT CLERK OFFICE WAS NOT A COURT CLERK SHE WORK FOR THE DEPARTMENT OF JUSTICE SHE LIE ON RULE 11, SHE DID NOT SHOW ME ALL THE PAPER PAGE 6 OF 6 SHE ONLY GAVE ME 1 PAGE TO SIGN SHE LIE. I DO NOT WANT THE DEPARTMENT OF JUSTICE ARE JUSTICE DEPARTMENT ASK MY ATTORNEY I HAVE A RESTRAING ORDER ON THESE PEOPLE 62-HR-CV-20-730
62 HR-CV-201107

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. THE CLAIM WAS FOR 60,000,000 MILLION DOLLARS

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[x] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. VIOLATE OF CIVIL RIGHT - DECEPTION

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* ANDREW QUINN , is a citizen of the State of *(name)* IOWA .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* DEPARTMENT OF JUSTICE CIVIL RIGHT DIV, is a citizen of the State of *(name)* IOWA . Or is a citizen of *(foreign nation)* _____.

4-13-2021

TO Judge

Petitioner's Allegations (THE INFORMATION BELOW ADDRESSES QUESTIONS/S #: _____ )

I BEEN STAYING DOWN AT THE SHELTER ON MUBERRY ST I AM HAVING PROBLEM WITH DEPARTMENT OF JUSTICE AND THE JUSTICE DEPARTMENT. AND POLICE DEPARTMENT DESMOINES THE STAFF THAT WORKING THERE POSEING ASK SHELTER WORKIG THEY UNDER COVER POLICE AND THE SHERIFF DEPARTMENT SEE THE DEPARTMENT OF JUSTICE IS TELING THE POLICES WHAT TO DO NOW THE POLK COUNTY HUMAN SERVICES PUT THESE PEOPLE IN THAT SHELTER SO THEY DO WHAT THEY DOING THE FOLLOWING AND THE POLICE IS TELLING THESE WHAT TO DO I KEEP TELLING YOU PEOPLE THAT STALKING AND HARASSED THREATEN IT IS A CRIME THE POLICE OFFICER THAT DO SECURITY AT THE SHELTER ON MUBERRY THEY ARE ON MY PHONE THEY HACK INTO IT SO IS THE STATE OF IOWA AND THE SHERIFF DEPARTMET SEE THE US. DEPARTMENT HEALTH AND HUMAN SERVICES IS USEING THE STATE OF IOWA THEY TELLING THEM WHAT TO DO NOW I DO NOT HAVE ANY THING TO DO WITH THE STATE OF IOWA NOW THEY USEING PER MAR SECURITY. I AM BEENING FOLLOW BY YELLOW CAB CITY TRUCK DART SUPERVISOR IN SUV. THEY KEEP LYING TO POLICE TELLING THEM I WORK FOR THE GOV. THEY LYING ON 3-31-2021 I CAME TO THE COURTHOUSE TO BE TURN MY COMPLAINT AND THE WOMAN THAT I TALK TO WAS NOT A COURT CLEAK SHE'S WORK FOR THE DEPARTMENT OF JUSTICE RULE OF CIVIL PROCEDURE 11, SHE PRINT OFF 1 COPY FROM THE COMPUTER AND TOLD ME TO SING IT BUT THERE WAS FIVE MORE COPY THAT WHERE WITH THE PROCEDURE RULE SHE LIE TO ME 6 of 6 PAPER ALL I SAW WAS ONE JUDGE THESE ARE THE GAME THESE PEOPLE PLAY THEY LIE STEAL IN ST. PAUL, MN THE STOLE COURT DOCTMENT WHAT THEY BEEN DOING ALL THESE YEARS IS STEAZING COMPLAINT. I TRY EVER THING I CAN TO KEEP THESE PEOPLE AWAY FROM ME. HAVE A RESTRING ORDER ON THESE PEOPLE CASE - NM 62-HR-CV-20-730 - 62-HR-CV-201167 - 4-21-CV-102 THESE PEOPLE IN THE SHELTER IS THE ONES TRY TO KILL ME IN ST. PAUL, MN THEY FOLLOW ME TO DESMOINES. I DO NOT WANT THE DEPARTMENT OF JUSTICE CIVIL RIGHT-DIV ARE JUSTICE DEPARTMENT OFFICE OF CIVIL RIGHT ASK MY ATTORNEY ARE ANY ONE THAT THEY KNOW.

4-13-2021

= TO JUdgE

P2. THESE PEOPLE HAVE BEEN FOLLOW ME ACROSS THE COUNTRY Lying. THE REASON I DO NOT HAVE A ATTORNEY IS BECAUSE THEY FOLLOW ME TO ATTORNEY OFFICE AND SHOW THESE ATTORNEY INAPPROPRIATE VIDEO THAT THEY POST ON FACEBOOK ARE A WED SITE WHERE THEY HAVE PUT CAMERA IN BATHROOM SHOWER BEDROOM. THESE PEOPLE KNOW THAT DID NOT A CASE AGAINST ME. THEY MAKE UP STUFF AND LIE. SEE THEY GOT To GIVE ME SOMETHING ARE MAKE CONTACT WITH ME. NOW THEY THINK HAVE THE RIGHT TO FOLLOW ME HARASSED STALKING AND INVAS MY PRIVACY AND STEAL MY PHONE THEY HAVE it TAP WHAT THEY WAS DOING THEY OPEN UP THE CAMERA ON MY PHONE THE WEB CAM. AND THEY USEing DRONES. THE DEPARTMENT OF JUSTICE CIVIL-DIV IN MINNEAPOLIS, MN AND JUSTICE DEPARTMENT OFFICE OF CIVIL Right. THEY USE THE FBI AND MINNEAPOLIS POLICE DEPARTMENT. TO PUT CAMERA IN MY SISTER HOUSE. IN ST. PAUL, MN THEY FOLLOW ME TO REgions HOSPITAL. AND ON 6-16-2020 AT REGIONS THEY RADIATION POISON ME. THEY TOOK OVER THE E.R. AT THE HOSPITAL. SO IS WHY I DO NOT WANT THESE PEOPLE KNOW WHERE AROUND ME.

ALL THE POLK COUNTY HUMAN SERVICES. AND THE STATE OF IOWA. DHS IS INVOLED.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

*I DO NOT WANT THE DEPARTMENT OF JUSTICE CIVIL-DIV ASK MY ATTORNEY*

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-13-2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: ANDREW QUINN

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

*ARE THE JUSTICE DEPARTMENT OFFICE OF CIVIL RIGHT ARE ANYONE THAT THEY KNOW.*